**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

IN RE:
PAULETTE YVONNE HACKETT
DEBTOR                                                                                          CASE NO. 19-50237

AMENDED
TRUSTEE'S REPORT AND
RECOMMENDATION AS TO CONFIRMATION

Confirmation: NOT RECOMMENDED

    Capital One Auto Finance filed an objection to confirmation of the plan. [Doc. 16]. Any changes in valuation of the collateral, interest rate, or treatment of secured claims required to resolve the objection might affect feasibility of the plan.

                                     Beverly M. Burden, Chapter 13 Trustee

                                     By:    /s/ Cheryl E. James
                                                  Cheryl E. James,
                                                  Attorney for Trustee
                                                  Ky. Bar ID:  88883
                                                  P.O. Box 2204
                                                  Lexington, KY 40588-2204
                                                  (859) 233-1527
                                                  notices@ch13edky.com

CERTIFICATE OF SERVICE

    The foregoing was served via ECF on Ryan R. Atkinson, Esq. on May 14, 2019.

                                     Beverly M. Burden, Chapter 13 Trustee

                                   By:    /s/ Cheryl E. James
                                                Cheryl E. James,
                                                 Attorney for Trustee